CRAMER v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 14, 1918.) No. 3134. In Error to the District Court of the United States for the District of Montana. Wellington D. Rankin, and C. M. Sawyer, both of Helena, Mont., for plaintiff in error. B. K. Wheeler, U. S. Atty., and James H. Baldwin, Asst. U. S. Atty., both of Butte, Mont.

PER CURIAM. Upon motion of counsel for defendant in error, counsel for plaintiff in error consenting, ordered, writ of error dismissed.

---

ELECTRIC BOAT CO. v. LAKE TORPEDO BOAT CO. (two cases). (Circuit Court of Appeals, First Circuit. May 3, 1918.) Nos. 1203, 1243. Appeals from the District Court of the United States for the District of Maine; Clarence Hale, Judge. Bills by the Electric Boat Company against the Lake Torpedo Boat Company. From decrees dismissing the bills, complainant appeals. Reversed and remanded with directions. Pennie, Davis, Marvin & Edmonds, William H. Davis, and Dean S. Edmonds, all of New York City, for appellant. J. Edgar Bull, of New York City, for appellee. Before DODGE, BINGHAM, and JOHNSON, Circuit Judges.

PER CURIAM. These are appeals from decrees granting motions by the defendant below to dismiss the plaintiff's bill. The motions were granted and the bills dismissed on the authority of the decision of the Court of Appeals for the Second Circuit in Marconi, etc., Co. v. Simon, 231 Fed. 1021, 145 C. C. A. 656. Pending the plaintiff's appeal to this court, the Supreme Court has, on March 4, 1918, reversed the decree of the Court of Appeals in the above case, and also the decree of the District Court thereby affirmed, and has remanded the case, to the end that the rights of the parties may be considered and determined in the light of the construction given Act June 25, 1910, c. 423, 36 Stat. 851 (Comp. St. 1916, § 9465), by the Supreme Court in Wm. Cramp, etc., Co. v. Ship & Engine Bldg. Co., 246 U. S. 28, 38 Sup. Ct. 271, 62 L. Ed. ——, also decided on March 4, 1918. A petition for rehearing in the last-mentioned case has been denied. It is not disputed that what has been decided as above by the Supreme Court requires us to reverse the decrees of dismissal now before us and remand the cases for further proceedings in the District Court. As there has never been any hearing on pleadings and proofs in that court in either case, we follow the course indicated by the disposition made by the Supreme Court of the above cases before it. The decrees of the District Court are reversed, and the cases remanded to that court for consideration and determination of the rights of the parties in the light of the construction given the act of 1910 by the Supreme Court in the decisions referred to in this opinion. The appellant recovers its costs of appeal.

---

ERBER v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 24, 1918.) No. 210. In Error to the District Court of the United States for the Southern District of New York. Emil Erber was convicted of a violation of Criminal Code (Act March 4, 1909, c. 321) § 215, 35 Stat. 1130 (Comp. St. 1916, § 10385), and he brings error. Affirmed. G. E. Joseph, of New York City, for plaintiff in error. Francis G. Caffey, U. S. Atty., of New York City (F. M. Roosa, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.